IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF DELAWARE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2430-JMY |
| TRAVELERS PROPERTY | : | |
| AND CASUALTY COMPANY | : | |
| OF AMERICA | : | |

**ORDER**

**AND NOW**, this  9th  day of September, 2021, upon consideration of Travelers Property and Casualty Company of America's ("Travelers") Motion for Summary Judgment (ECF No. 60), The Count of Delaware's (the "County") Motion for Partial Summary Judgment (ECF No. 61), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Traveler's Motion for Summary Judgment (ECF No. 60) is **GRANTED**.

2. The County's Complaint and all claims asserted against Travelers therein are **DISMISSED WITH PREJUDICE**, and judgment is entered in favor of Travelers.

3. The County's Motion for Partial Summary Judgment (ECF No. 61) is **DENIED**.

**IT IS FURTHER ORDERED** that:

1. The Motions *in Limine* docketed at ECF Nos. 90, 91, 92, and 93 are **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

BY THE COURT:


 /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**